**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BANK OF AMERICA, | : | No. 483 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (PETROZIELLO), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

  Mr. Justice Eakin did not participate in the consideration or decision of this matter.